**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

BIAGIO STRAGAPEDE, )
)
Plaintiff, )
)
vs. ) No. 12 CV 08879
)
CITY OF EVANSTON, )
)
Defendant. )

**DEFENDANT CITY OF EVANSTON'S EXHIBITS TO:**

Defendant City of Evanston's Supplemental Memorandum of Law in Support of its Renewed Motion for Judgment as a Matter of Law Pursuant to FRCP 50(b); Defendant City of Evanston's Supplemental Memorandum of Law in Support of its Motion for Remittitur Pursuant to FRCP 59 and to Amend the Judgment Pursuant to FRCP 59(E); and Defendant City of Evanston's Supplemental Memorandum of Law in Support of its Motion for New Trial Pursuant to FRCP 59:

A. Trial Transcript 3/9/15 P.M.
B. Trial Transcript 3/10/15 A.M.
C. Trial Transcript 3/10/15 P.M.
D. Trial Transcript 3/11/15 A.M.
E. Trial Transcript 3/11/15 P.M.
F. Trial Transcript 3/12/15 A.M.
G. Trial Transcript 3/12/15 P.M.
H. Trial Transcript 3/13/15 A.M.
I. Trial Transcript 3/13/15 P.M.
J. Post-Trial Hearing Transcript 6/9/15

Defendant's Trial Exhibits: 2, 10, 15, 18, 19, and 24
Plaintiff's Trial Exhibits: 11, 15, and 17

W. Grant Farrar, Corporation Counsel
Henry J. Ford, Jr., Assistant City Attorney
City of Evanston, Law Department
2100 Ridge Ave. #4400
Evanston, IL 60201
(847) 866-2937
Attorneys for Defendant